RYAN D. BALL (SBN 321772)
*rball@goodwinlaw.com*
MATTHEW T. BILLECI (SBN 329014)
*mbilleci@goodwinlaw.com*
**GOODWIN PROCTER LLP**
660 Newport Center Drive
Suite 450, 4th Floor
Newport Beach, California 92660
Tel. +1 949 743 3400
Fax: +1 949 743 3485

Attorneys for Defendant
LITTLE SLEEPIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CAROLINA VANDERPOEL, individually and on behalf of others similarly situated,

Plaintiff,

v.

LITTLE SLEEPIES, INC.,

Defendant.

Case No. 3:26-cv-4008-AJB-MSB

[Assigned to Hon. Anthony J. Battaglia – Courtroom 4A]

**DEFENDANT LITTLE SLEEPIES'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**

[Filed concurrently with: Memorandum of Points and Authorities in support thereof; Request for Judicial Notice; and Proposed Order]

Date: December 10, 2026
Time: 10:00 a.m.
Judge: Hon. Anthony J. Battaglia
Courtroom: 4A

Complaint served: 8/19/2026
Complaint filed: 7/13/2026

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT ON December 10, 2026, at 10:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable Anthony J. Battaglia, in Courtroom 4A on the Fourth floor of the above-captioned Court, located at United States Courthouse, 221 West Broadway, San Diego, California 92101, Defendant LITTLE SLEEPIES, INC. ("Little Sleepies" or "Defendant") will and hereby does move this Court to dismiss the Complaint of Plaintiff CAROLINA VANDERPOEL ("Plaintiff") in its entirety.

This Motion is made pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) on the grounds that the Court does not have subject matter jurisdiction over the Plaintiffs' claims, and pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) on the grounds that the Complaint fails to state cognizable claims for violations of the Federal Wiretap Act, 18 U.S.C. § 2511(1)(a), the California Invasion of Privacy Act ("CIPA"), California Penal Code § 631(a) and § 638.51, and for constitutional and common law privacy claims.

Defendant's counsel conferred with Plaintiff's counsel regarding the merits of the case on September 2, 2026. Defendant's Counsel informed Plaintiff's counsel they intended to file a Motion to Dismiss the Complaint on September 9, 2026 before filing this Motion.

This Motion is based upon the Notice, Memorandum of Points and Authorities and Request for Judicial Notice filed and served herewith, upon the papers, records and pleadings on file herein, and upon such other or further material as may be presented at or before the hearing on the Motion.

Dated: September 9, 2026

Respectfully submitted,

GOODWIN PROCTER LLP

By: *s/ Ryan D. Ball*
RYAN D. BALL

Attorneys for Defendant
LITTLE SLEEPIES, INC.