RYAN D. BALL (SBN 321772)
*rball@goodwinlaw.com*
MATTHEW T. BILLECI (SBN 329014)
*mbilleci@goodwinlaw.com*
**GOODWIN PROCTER LLP**
660 Newport Center Drive
Suite 450, 4th Floor
Newport Beach, California 92660
Tel. +1 949 743 3400
Fax: +1 949 743 3485

Attorneys for Defendant
LITTLE SLEEPIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

CAROLINA VANDERPOEL, individually and on behalf of others similarly situated,

Plaintiff,

v.

LITTLE SLEEPIES, INC.,

Defendant.

Case No. 3:26-cv-4008-AJB-MSB

Assigned to Hon. Anthony J. Battaglia – Courtroom 4A

**DEFENDANT LITTLE SLEEPIES, INC.'S ANSWER AND AFFIRMATIVE DEFENSES**

Complaint Filed: July 12, 2026
Judge: Anthony J. Battaglia
Courtroom: 4A

COMES NOW Defendant Little Sleepies, Inc. ("Little Sleepies" or "Defendant"), by and through its undersigned counsel, and answers Plaintiff Carolina Vanderpoel's ("Plaintiff") Complaint (the "Complaint") as follows:

**INTRODUCTION**

1. In response to paragraph 1 of the Complaint, Little Sleepies admits that Plaintiff purports to bring this class action against Little Sleepies for violations of the Electronic Communications Privacy Act, 18 U.S.C. § 2511(1), *et seq*.; the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 631(a) and 638.51; the right to privacy under Article I, Section 1 of the California Constitution; and California common law prohibiting intrusion upon seclusion. Little Sleepies denies that it is liable for any actions or claims alleged in the Complaint or that Plaintiff and Class Members are entitled to any relief. Unless specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

**NATURE OF THE ACTION**

2. In response to paragraph 2 of the Complaint, Little Sleepies admits that Plaintiff purports to bring this class action against Little Sleepies for violations of the Electronic Communications Privacy Act, 18 U.S.C. § 2511(1), *et seq*.; the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 631(a) and 638.51; the right to privacy under Article I, Section 1 of the California Constitution; and California common law prohibiting intrusion upon seclusion. Little Sleepies denies that it is liable for any actions or claims alleged in the Complaint or that Plaintiff and Class Members are entitled to any relief. Unless specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

3. In response to paragraph 3 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

4. In response to paragraph 4 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

**PARTIES**

5. In response to paragraph 5 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6. In response to paragraph 6 of the Complaint, Little Sleepies admits that it is a corporation formed in California. Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

**JURISDICTION AND VENUE**

7. In response to paragraph 7 of the Complaint, Little Sleepies admits that Plaintiff has alleged subject matter jurisdiction pursuant to 28 U.S.C. § 1331, 18 U.S.C. § 2511(1), et seq., and 28 U.S.C. § 1367 for supplemental state claims. Little Sleepies states that whether jurisdiction is proper is a legal conclusion not subject to denial or admission. Little Sleepies admits that it does business in the State of California. Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies, generally and specifically, each and every remaining allegation contained therein.

8. In response to paragraph 8 of the Complaint, Little Sleepies admits that Plaintiff has alleged that this Court has personal jurisdiction over Little Sleepies. Little Sleepies states that whether jurisdiction is proper is a legal conclusion not subject to denial or admission. Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding where the events

and conduct giving rise to Plaintiff's claims occurred and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9. In response to paragraph 9 of the Complaint, Little Sleepies admits that Plaintiff has alleged venue is proper pursuant to 28 U.S.C. § 1391. Little Sleepies states that whether venue is proper is a legal conclusion not subject to denial or admission. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

## COMMON FACTUAL ALLEGATIONS

10. In response to paragraph 10 of the Complaint, Little Sleepies admits that the website https://www.littlesleepies.com can be browsed by consumers for personal use. Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11. In response to paragraph 11 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12. In response to paragraph 12 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13. In response to paragraph 13 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14. In response to paragraph 14 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15. In response to paragraph 15 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to paragraph 16 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

17. In response to paragraph 17 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Little Sleepies is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

26. In response to paragraph 26 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

29. In response to paragraph 29 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30. In response to paragraph 30 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31. In response to paragraph 31 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34. In response to paragraph 34 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

36. In response to paragraph 36 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

38. In response to paragraph 38 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

41. In response to paragraph 41 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## CLASS ACTION ALLEGATIONS

42. In response to paragraph 42 of the Complaint, Little Sleepies admits that Plaintiff purports to bring this action pursuant to Rule 23 of the Federal Rules of Civil

Procedure, individually and on behalf of a putative class. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies that the proposed class satisfies the requirements of Federal Rule of Civil Procedure 23 or that the class is otherwise proper or legally sufficient. Little Sleepies denies any remaining allegations in paragraph 42.

43. In response to paragraph 43 of the Complaint, Little Sleepies admits that Plaintiff alleges the class may be modified or narrowed as appropriate. Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication and denies any remaining allegations therein.

44. In response to paragraph 44 of the Complaint, Little Sleepies admits that Plaintiff alleges certain individuals are excluded from the class. Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication and denies any remaining allegations therein.

45. In response to paragraph 45 of the Complaint, Little Sleepies admits that Plaintiff alleges that "the members of the Class are so numerous that joinder of all members is impracticable." Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies that the proposed class satisfies the requirements of Federal Rule of Civil Procedure 23. Little Sleepies denies any remaining allegations in paragraph 45.

46. In response to paragraph 46 of the Complaint, Little Sleepies admits that Plaintiff alleges her claims are typical of the claims of the class. Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies that the proposed class satisfies the requirements of Federal Rule of Civil Procedure 23. Little

Sleepies denies any remaining allegations in paragraph 46.

47. In response to paragraph 47 of the Complaint, Little Sleepies admits that Plaintiff alleges she "will fairly and adequately protect the interests of the Class." Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies any remaining allegations in paragraph 47.

48. In response to paragraph 48 of the Complaint, including all subparts, Little Sleepies admits that Plaintiff alleges "questions of law and fact common to the Class predominate over any questions affecting only individual Class Members." Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies that the proposed class satisfies the requirements of Federal Rule of Civil Procedure 23. Little Sleepies denies any remaining allegations in paragraph 48, including all subparts.

49. In response to paragraph 49 of the Complaint, Little Sleepies admits that Plaintiff alleges a class action is "superior to other available methods for the fair and efficient adjudication of this controversy." Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies that class action treatment is superior or necessary. Little Sleepies denies any remaining allegations in paragraph 49.

50. In response to paragraph 50 of the Complaint, Little Sleepies admits that Plaintiff alleges the class is "readily ascertainable through objective criteria." Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies any remaining allegations in paragraph 50.

51. In response to paragraph 51 of the Complaint, Little Sleepies admits that

Plaintiff alleges injunctive and declaratory relief are appropriate with respect to the class as a whole. Little Sleepies states that this is a legal conclusion not subject to denial or admission. Little Sleepies denies that this action is suitable for class adjudication. Little Sleepies denies any remaining allegations in paragraph 51.

**COUNT I**

**Violation of the Electronic Communications Privacy Act (Federal Wiretap Act), 18 U.S.C. § 2511(1), et seq.**

52. In response to paragraph 52 of the Complaint, Little Sleepies repeats and incorporates by reference each of its responses to paragraphs 1 through 51 above as if fully set forth herein.

53. In response to paragraph 53 of the Complaint, Little Sleepies admits that Plaintiff purports to bring this claim individually and on behalf of the Class.

54. In response to paragraph 54 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, et seq. Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

55. In response to paragraph 55 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of 18 U.S.C. § 2511(1)(a). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

56. In response to paragraph 56 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of 18 U.S.C. § 2511(1)(c). Little Sleepies states that the statute speaks for itself and, on that basis,

denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

57. In response to paragraph 57 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of 18 U.S.C. § 2511(1)(d). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

58. In response to paragraph 58 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of 18 U.S.C. § 2520(a). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

59. In response to paragraph 59 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of 18 U.S.C. § 2510(12). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

60. In response to paragraph 60 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61. In response to paragraph 61 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of 18 U.S.C. § 2510(8).

Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

62. In response to paragraph 62 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

63. In response to paragraph 63 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

64. In response to paragraph 64 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65. In response to paragraph 65 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

66. In response to paragraph 66 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

67. In response to paragraph 67 of the Complaint, Little Sleepies admits that the allegations contained therein appear to reference a portion of 18 U.S.C. § 2510(5). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

68. In response to paragraph 68 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

69. In response to paragraph 69 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

70. In response to paragraph 70 of the Complaint, Little Sleepies denies,

generally and specifically, each and every allegation contained therein.

71. In response to paragraph 71 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72. In response to paragraph 72 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

73. In response to paragraph 73 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of 18 U.S.C. § 2511(2)(d). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

74. In response to paragraph 74 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

75. In response to paragraph 75 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

76. In response to paragraph 76 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

77. In response to paragraph 77 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

78. In response to paragraph 78 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

79. In response to paragraph 79 of the Complaint, Little Sleepies admits that the allegations contained therein appear to reference 18 U.S.C. § 2520 and the relief it authorizes. Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Little Sleepies denies that Plaintiff or

any Class Member is entitled to any such relief. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

**COUNT II**

**Violation of the California Invasion of Privacy Act**

**Cal. Penal Code § 631(a)**

80. In response to paragraph 80 of the Complaint, Little Sleepies repeats and incorporates by reference each of its responses to paragraphs 1 through 79 above as if fully set forth herein.

81. In response to paragraph 81 of the Complaint, Little Sleepies admits that Plaintiff purports to bring this claim individually and on behalf of the Class.

82. In response to paragraph 82 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of Cal. Penal Code § 631(a). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

83. In response to paragraph 83 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of Cal. Penal Code § 631(a). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

84. In response to paragraph 84 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

85. In response to paragraph 85 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

86. In response to paragraph 86 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Meta's status as a third party and its capabilities and purposes and, on that basis, denies, generally and specifically, each and every allegation contained therein.

87. In response to paragraph 87 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

88. In response to paragraph 88 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

89. In response to paragraph 89 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

90. In response to paragraph 90 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

91. In response to paragraph 91 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

92. In response to paragraph 92 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

**COUNT III**

**Use of a Pen Register or Trap and Trace Device**

**Cal. Penal Code § 638.51**

93. In response to paragraph 93 of the Complaint, Little Sleepies repeats and incorporates by reference each of its responses to paragraphs 1 through 92 above as if fully set forth herein.

94. In response to paragraph 94 of the Complaint, Little Sleepies admits that

Plaintiff purports to bring this claim individually and on behalf of the Class.

95. In response to paragraph 95 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of Cal. Penal Code § 638.50(b). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

96. In response to paragraph 96 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of Cal. Penal Code § 638.50(c). Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

97. In response to paragraph 97 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of Cal. Penal Code § 638.51. Little Sleepies states that the statute speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

98. In response to paragraph 98 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

99. In response to paragraph 99 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

100. In response to paragraph 100 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

**COUNT IV**

**Invasion of Privacy**

**California Constitution, Article I, Section 1**

101. In response to paragraph 101 of the Complaint, Little Sleepies repeats and incorporates by reference each of its responses to paragraphs 1 through 100 above as if fully set forth herein.

102. In response to paragraph 102 of the Complaint, Little Sleepies admits that Plaintiff purports to bring this claim individually and on behalf of the Class.

103. In response to paragraph 103 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth a portion of Article I, Section 1 of the California Constitution. Little Sleepies states that the California Constitution speaks for itself and, on that basis, denies any allegations inconsistent therewith. Except as specifically admitted, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

104. In response to paragraph 104 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth legal elements for a claim of invasion of privacy under the California Constitution. Little Sleepies states that this is a legal conclusion not subject to denial or admission. To the extent a response is required, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

105. In response to paragraph 105 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

106. In response to paragraph 106 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

107. In response to paragraph 107 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

108. In response to paragraph 108 of the Complaint, Little Sleepies is without

knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

109. In response to paragraph 109 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

**COUNT V**

**Intrusion Upon Seclusion**

**California Common Law**

110. In response to paragraph 110 of the Complaint, Little Sleepies repeats and incorporates by reference each of its responses to paragraphs 1 through 109 above as if fully set forth herein.

111. In response to paragraph 111 of the Complaint, Little Sleepies admits that Plaintiff purports to bring this claim individually and on behalf of the Class.

112. In response to paragraph 112 of the Complaint, Little Sleepies admits that the allegations contained therein appear to set forth legal elements for a California common law intrusion upon seclusion claim. Little Sleepies states that this is a legal conclusion not subject to denial or admission. To the extent a response is required, Little Sleepies denies, generally and specifically, each and every remaining allegation contained therein.

113. In response to paragraph 113 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

114. In response to paragraph 114 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

115. In response to paragraph 115 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

116. In response to paragraph 116 of the Complaint, Little Sleepies is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

117. In response to paragraph 117 of the Complaint, Little Sleepies denies, generally and specifically, each and every allegation contained therein.

**RESPONSE TO PRAYER FOR RELIEF**

Little Sleepies denies that Plaintiff or any Class Member is entitled to any damages, relief, or any of the relief requested in the Prayer for Relief, including but not limited to class certification, declaratory relief, statutory damages, punitive damages, injunctive relief, prejudgment interest, attorneys' fees, or costs.

**RESPONSE TO JURY TRIAL DEMANDED**

Little Sleepies admits that Plaintiff has demanded trial by jury on all issues triable.

**AFFIRMATIVE DEFENSES**

In further response to Plaintiff's Complaint, Little Sleepies hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

**FIRST AFFIRMATIVE DEFENSE**

(Statute of Limitations)

All claims alleged in the Complaint against Little Sleepies are barred by the applicable statutes of limitations.

**SECOND AFFIRMATIVE DEFENSE**

(Participant Exception)

All claims alleged in the Complaint against Little Sleepies fail because Little Sleepies was a participant to any alleged communication, and thus cannot be liable under any of the alleged causes of action.

**THIRD AFFIRMATIVE DEFENSE**

(Consent)

All claims alleged in the Complaint against Little Sleepies fail because Plaintiff and Class Members consented to any alleged tracking, interception, or disclosure of their communications or information, and thus Little Sleepies cannot be liable under any of the alleged causes of action.

**FOURTH AFFIRMATIVE DEFENSE**

(Non-Actionable Record Information)

All claims alleged in the Complaint against Little Sleepies fail because any information alleged to have been intercepted or transmitted to third parties constituted non-actionable record information and was not the “contents” of any communication within the meaning of the applicable statutes, and thus Little Sleepies cannot be liable under any of the alleged causes of action.

**FIFTH AFFIRMATIVE DEFENSE**

(Information Not In Transit)

All claims alleged in the Complaint against Little Sleepies fail because any information alleged to have been intercepted or recorded was not intercepted in transit but was instead transmitted to third parties after the information came to rest, and thus Little Sleepies cannot be liable under any of the alleged causes of action.

**SIXTH AFFIRMATIVE DEFENSE**

(No Reasonable Expectation of Privacy)

All claims alleged in the Complaint against Little Sleepies fail because Plaintiff and Class Members did not have a reasonable expectation of privacy in the information alleged to have been recorded or transmitted, and thus Little Sleepies cannot be liable under any of the alleged causes of action.

**SEVENTH AFFIRMATIVE DEFENSE**

(No Highly Offensive Intrusion)

All claims alleged in the Complaint against Little Sleepies fail because the alleged collection or transmission of information does not constitute a serious invasion of a legally protected privacy interest or a highly offensive intrusion to a reasonable person.

**EIGHTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

Plaintiff and Class Members failed to mitigate their alleged damages.

**NINTH AFFIRMATIVE DEFENSE**

(Estoppel)

Any damages which Plaintiff and Class Members may have suffered, which Little Sleepies continues to deny, were the direct and proximate result of the conduct of Plaintiff and Class Members. Therefore, Plaintiff and Class Members are estopped and barred from recovery of any damages.

**TENTH AFFIRMATIVE DEFENSE**

(Laches)

All claims alleged in the Complaint against Little Sleepies are barred by laches.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Contributory/Comparative Fault)

Little Sleepies is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff and Class Members were, at least in part, caused by the actions of Plaintiff and Class Members themselves and resulted from their own conduct, which equaled or exceeded any alleged wrongdoing by Little Sleepies.

**TWELFTH AFFIRMATIVE DEFENSE**

(Independent Intervening Cause)

Little Sleepies is informed and believes and thereon alleges that if Plaintiff and Class Members sustained any of the injuries alleged in the Complaint, there was an intervening, superseding cause and/or causes leading to such alleged injuries and, as

such, any action on the part of Little Sleepies was not a proximate cause of the alleged injuries.

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Indemnification)

Little Sleepies is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff and Class Members were the result of the acts or omissions of third persons, including Meta Platforms, Inc., over whom Little Sleepies had neither control nor responsibility.

**FOURTEENTH AFFIRMATIVE DEFENSE**

(Lack of Standing)

All claims alleged in the Complaint against Little Sleepies fail because Plaintiff and Class Members have suffered no cognizable injury and do not have standing to assert their claims.

**FIFTEENTH AFFIRMATIVE DEFENSE**

(Waiver)

All claims alleged in the Complaint against Little Sleepies are barred, in whole or in part, by the doctrine of waiver.

**SIXTEENTH AFFIRMATIVE DEFENSE**

(Improper Class Action)

The claims alleged in the Complaint against Little Sleepies may not properly be maintained or certified as a class action because, among other reasons, Plaintiff cannot fairly or adequately represent the interests of each member of the proposed class, the questions of law and fact allegedly common to the class do not predominate over the numerous questions affecting only individual class members, and the proposed class does not otherwise satisfy the requirements of Federal Rule of Civil Procedure 23.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

(Excessive Fines Clause)

All claims alleged in the Complaint against Little Sleepies are barred, in whole or in part, because they seek to impose an excessive fine within the meaning of the Excessive Fines and Penalties Clause of the Eighth Amendment to the United States Constitution to the extent Plaintiff seeks excessive statutory or punitive damages in violation of the Due Process Clause.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

(Mootness)

All claims alleged in the Complaint against Little Sleepies are barred, in whole or in part, to the extent that the claim or relief sought is moot.

**NINETEENTH AFFIRMATIVE DEFENSE**

(Right to Assert Additional Defenses)

Little Sleepies reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Little Sleepies, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Dated: September 22, 2026

Respectfully submitted,

GOODWIN PROCTER LLP

By: *s/ Ryan D. Ball*
RYAN D. BALL

Attorneys for Defendant
LITTLE SLEEPIES, INC.